**UNITED STATES DISTRICT COURT**       **EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| DIVISION:        1 (Beaumont) | DATE:        February 28, 2018 |
| DISTRICT JUDGE:  Hon. Marcia A. Crone | TIME:        10:05 a.m.-10:15 a.m. |

SHAQUETTA MONTGOMERY,                    §
                                         §
            Plaintiff,                   §
                                         §
*versus*                                 §        CIVIL ACTION NO. 1:17-CV-442
                                         §
UNITED STATES OF AMERICA,                §
                                         §
            Defendant.                   §

## MINUTE ENTRY:  SCHEDULING CONFERENCE

ATTORNEY FOR PLAINTIFF:          Jerry John Bragg

ATTORNEY FOR DEFENDANT:          Andrea Hedrick Parker of the Office of the
                                 United States Attorneys

Counsel convened in chambers on Wednesday, February 28, 2018, to inform the court of the facts and issues in this Federal Tort Claims Act case.  Plaintiff Shaquetta Montgomery ("Montgomery") alleges that her vehicle was struck by a United States Postal Service ("USPS") vehicle while she was stopped at a red light, resulting in injuries, medical bills, and lost wages. Defendant United States of America ("USA") does not dispute causation but disputes the extent of damages.  The court and counsel agreed to a scheduling order which will govern all future proceedings.

SIGNED at Beaumont, Texas, this 28th day of February, 2018.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE