# Exhibit A

Case 1:17-cv-00442-MAC   Document 14-1   Filed 05/28/19   Page 2 of 22 PageID #: 71

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Accident & Tort Claims Section   claim #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A<br>4600 Aldine Bender Rd #200<br>North Houston TX 77315-0200 | Claimant: Shaquetta Montgomery<br><br>Rep: Juhan law. 985 I-10 N. Suite 100 Bmt, TX 77706 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | 2016 | | 12/4/16  Sunday | 11:14 AM |

**8.** BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Ms. Montgomery was stopped at a red light in 1600 block of N. Major when Ms. Antenisha Bolton hit the rear of Ms. Montgomery.

**9.** PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Shaquetta Montgomery

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Back left damaged badly. 2013 Nissan Versa is at Ms. Montgomery's house.

**10.** PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Injuries: Back, neck, alot of soreness.

**11.** WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Jim Ridgway | |
| Lene McCoy | |

**12.** (See instructions on reverse).   AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $6,973.07 | N/A | | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Shaquetta Mntg | | 12/12/16 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☒ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

Geico Insurance Comp     Policy # 4360-34-44-14
Phone #: 800-841-3000

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☒ Yes   ☐ No    | 17. If deductible, state amount.

1st & 3rd PARTY COVERAGE     $1,001.00

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

Property damage has been completed.

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

N/A

**INSTRUCTIONS**

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a seperate claim form.

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A.  *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:* The information requested is to be used in evaluating claims.
C.  *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is *solely* for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

# Exhibit B



| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency: USPS Tort Claims 4600 Aldine Bender Rd, RM 700, North Houston, TX, 77315-0700 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. Geico as Subrogee of Shaquetta Montgomery 2280 N Greenville Ave Richardson TX 75082 (972) 855-5027 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT 12/04/2016 Sunday | 7. TIME (A.M. OR P.M.) 11:15 AM |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Shaquetta Montgomery was stopped at red light when rear ended by USPS vehicle being driven by Antenisha Bolton.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

2013 Nissan Versa

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED
MAY - 9 2017
T. LOUIS ACCOUNTIN
RV CE CENTER

RECEIVED
MAR 20 2017
TORT CLAIMS COORDINATOR
HOUSTO... DIS...

| 11. WITNESSES | |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE 6,659.07 | 12b. PERSONAL INJURY | 12c WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights) 6,659.07 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). [signature] | 13b. PHONE NUMBER OF PERSON SIGNING FORM 972-855-5027 | 14. DATE OF SIGNATURE 03/09/2017 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government (See 31 U.S.C. 3729) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

# Exhibit C

TORT CLAIMS
ACCOUNTING SERVICE CENTER
*UNITED STATES*
*POSTAL SERVICE*

**CERTIFIED NO: 7016 0750 0000 8707 9485**
**RETURN RECEIPT REQUESTED**

July 3, 2017

JUHAN LAW
985 IH-10N
SUITE 100
BEAUMONT, TX  77706-4815

RE:   Claimant:        SHAQUETTA MONTGOMERY
       USPS File No:    TC2017 27854

Dear Mr. Juhan:

This is in reference to the administrative claim filed on behalf of the above referenced claimant under the provisions of the Federal Tort Claims Act, as a result of damages allegedly sustained on or about  December 4, 2016.

Per information provided on the PS Form 95, you advised that your client has been reimbursed by GEICO for the same incident.  In addition, GEICO has filed a claim with USPS for these same damages; USPS is presently adjudicating GEICO's claim. Therefore, this claim is denied.

In accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a), if dissatisfied with the Postal Service's final denial of an administrative claim, a claimant may file suit in a United States District Court no later than six (6) months after the date the Postal Service mails the notice of that final action.  Accordingly, any suit filed in regards to this denial must be filed no later than six (6) months from the date of the mailing of this letter, which is the date shown above.  Further, note the United States of America is the only proper defendant in a civil action brought pursuant to the Federal Tort Claims Act and such suit may be heard only by a federal district court.

Alternatively, and in accordance with the regulations set out at 39 C.F.R. 912.9(b), prior to the commencement of suit and prior to the expiration of the six (6) month period provided in 28 U.S.C. § 2401(b), a claimant, his duly authorized agent, or legal representative, may file a written request for reconsideration with the postal official who issued the final denial of the claim.  Upon the timely filing of a request

P O BOX 80471
ST LOUIS MO 63180-9471
FAX (314) 436-5459
PHONE (314) 436-5574

- 2 -

for reconsideration, the Postal Service shall have six (6) months from the date of filing in which to make a disposition of the claim and the claimant's option under 28 U.S.C. § 2675(a) shall not accrue until six (6) months after the filing of the request for reconsideration.

A request for reconsideration of a final denial of a claim shall be deemed to have been filed when received in this office.

Sincerely,

*Margaret Arenivar*

Margaret Arenivar
Accounting & Control Specialist

cc:   Jimmy Lopez
      Tort Claims Coordinator
      Case No. 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A

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®                  TC2017 27854 MA

PS Form 3800       2015 PSN 7530-02-000-9047       See Reverse for

7016 0750 0000 8707 9485

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JUHAN LAW
   985 IH-10N
   SUITE 100
   BEAUMONT, TX 77706-4815

   9590 9402 1554 5362 3167 46

2. Article Number (Transfer from service label)

   7016 0750 0000 8707 9485

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Walter_                    ☐ Agent
                              ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   _Walter_                      7/11/17
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

# Exhibit D

Tort Claims
Accounting Service Center


**UNITED STATES**
**POSTAL SERVICE**

**CERTIFIED NO: 7016 0750 0000 8707 9508**
**RETURN RECEIPT REQUESTED**

July 7, 2017

GEICO
2280 N. GREENVILLE AVE
RICHARDSON, TX 75082-4412

RE:   Claimant:        ASO SHAQUETTA MONT(
      Your Claim No.:   0503876280101036
      USPS File No:     TC2017 18982

| **U.S. Postal Service™** |
| **CERTIFIED MAIL® RECEIPT** |
| *Domestic Mail Only* |

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®          TC17 18982 MA
PS Form 3800, April 2015 PSN                See Reverse for Instructions

Dear Sir/Ma'am:

Enclosed please find a check in the amount of $6,297.00 made payable to GEICO ASO
Shaquetta Montgomery in full and final settlement of the claim filed on behalf of the above-
referenced claimant.

Pursuant to 28 U.S.C. § 2672 and 39 C.F.R. § 912.14, acceptance of this check operates as
a complete release and bars recovery of any additional or future claims against the United
States, the U.S. Postal Service, or any employee whose act or omission gave rise to the
claim by reason of the same subject matter.  Any subrogation claims, liens, or any
outstanding indebtedness resulting from this incident, must be satisfied from the proceeds of
this check.

Sincerely,

Margaret Arenivar
Accounting & Control Sp

Enclosure

cc:   Jimmy Lopez
      Tort Claims Coor
      Case No: 770-16

| **SENDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  7-13-17 |
| 1. Article Addressed to:<br>GEICO<br>2280 N. GREENVILLE AVE<br>RICHARDSON, TX 75082-<br>4412 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>JUL 17 2017 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 1554 5362 3167 22 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 0750 0000 8707 9508 | ☐ Insured Mail<br>‖ ‖ Restricted Delivery |

P O Box 80471
ST LOUIS MO 63180-9741
PHONE (314) 436-5574
FAX (314) 436-5459

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

 **UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NUMBER: 1-866-974-2733

**Page 1 of 1**

## *Remittance Advice*

07-05-2017

| Vendor ID: | 0000000800001 |
|---|---|
| Check Number: | 0311563023 |
| Check Amount: | $****6297.00 |
| Check Date: | 07-05-2017 |

GEICO INSURANCE ASO
SHAQUETTA MONTGOMERY
C/O TORT CLAIMS PROCESSING (MA)
PO BOX 80471
ST LOUIS  MO 63180-9471

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below.  Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| NONE | TC201718982 CLAIM#0503876280101036 | 07/03/17 | 6,297.00 | 6,297.00 | 0.00 | 0.00 | 6,297.00 |

- -Separate Along The Perforation- -

 **UNITED STATES POSTAL SERVICE**®

FACE OF THIS DOCUMENT PRINTED IN RED, BLUE & GRAY INK

| EAGAN MN 55121-9640 | | |
|---|---|---|
| DATE | 07-05-2017 | F 29691701 |

CHECK NO.  0311563023

Six Thousand Two Hundred Ninety-Seven and 00/100 Dollars

62-20
311

$****6297.00

PAY TO THE ORDER OF

0311563023
GEICO INSURANCE ASO
SHAQUETTA MONTGOMERY
C/O TORT CLAIMS PROCESSING (MA)
PO BOX 80471
ST LOUIS  MO 63180-9471

Citibank, N.A.
One Penn's Way
New Castle DE 19720

*EmSchafer*

VOID AFTER ONE YEAR     TREASURER

⑈0311563023⑈ ⑆031100209⑆ 38884382⑈



www.geico.com

- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company
- GEICO Advantage Insurance Company
- GEICO Choice Insurance Company
- GEICO Secure Insurance Company
- GEICO County Mutual Insurance Company
- Criterion Insurance Agency, Inc. (Colonial County Mutual Ins.)

P.O. Box 509105
San Diego, CA 92150-9930

United States Postal Service
Attention: Jimmy Lopez

Claim Number: 0503876280101036
Our policy holder: Shaquetta Montgomery
Claimant: USPS Driver: Antenisha Bolton
Date of Loss: 12/9/2016

| | |
|---|---|
| Collision payments: | $6,973.07 |
| Policyholder deductible: | $1,001.00 |
| Salvage: | -$1,315.00 |
| **Total Amount Owed:** | **$6,659.07** |

To whom it may concern:

Please review this claim and our supporting documentation. This letter will serve as our notice of our payment recovery claim and constitutes a sincere effort to settle this claim as required by conditions precedent to arbitration as stated by the Automobile and Property Subrogation Arbitration Agreement. We would appreciate prompt payment of this claim and have included our supporting documentation with this correspondence.

**Please include our claim number on your check and make the check payable to GEICO as subrogee of "Shaquetta Montgomery". Your check can be mailed to 2280 N. Greenville Ave, Richardson, TX 75082.**

If you have any questions please call me at the number listed below between the hours of 7:00am to 3:30pm Monday through Friday Central Time.

Sincerely,

Shelby Pietsch
PRU Technician S05T
800-841-5432 Ext. 5027
Direct (972) 855-5027

# Exhibit E

# JONATHAN C. JUHAN, P.C.
## ATTORNEY AT LAW

**985 I-10 NORTH, Suite 100**          **Telephone:**   **409/832-8877**
**Beaumont, TX 77706**                 **Facsimile:**    **409/924-8880**

**Email: JonathanJuhan@sbcglobal.net**      **Board Certified - Personal Injury Trial Law**
**Website:  JuhanLaw.com**                  **Texas Board of Legal Specialization**

February 27, 2018

Ms. Margaret Arenivar
UNITED STATES POSTAL SERVICE
P.O. Box 80471
St. Louis, MO 63180-9471

RE:   My Client:       Shaquetta Montgomery
      Your Driver:     Antenisha Bolton
      Claim No.:       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A
      USPA File No.:   TC2017 27854
      Cause No.:       1:17-cv-00442
      Date of Loss:    December 4, 2016

Dear Mr. Arenivar:

We are hereby demanding $385,900.00, in full and final settlement of Shaquetta Montgomery's claims.  Such demand includes all valid liens and subrogations whether hospitals, doctors, medical providers, group insurance carriers, Medicare, Medicaid, or workers' compensation.

As you are aware, the collision made the basis of this claim occurred on December 4, 2016 in Beaumont, Jefferson County, Texas. Shaquetta Montgomery was stopped at a red light on North Major Drive. Your insured slammed into the rear of Ms. Montgomery's vehicle. The collision was investigated by Officer Ryan Flanigan of the Beaumont Police Department. The contributing factor was failure to control speed.

As a result of the injuries sustained in the collision, Shaquetta Montgomery has accumulated various medical expenses. Her medical expenses are as follows:

| | | | |
|---|---|---|---:|
| 1. | Baptist Hospital of Southeast Texas | $ | 3,034.00 |
| 2. | Beaumont Emergency Medicine | | 1,146.00 |
| 3. | Radiology Associates of Beaumont | | 63.00 |
| 4. | Dr. Majaz Khan | | 161.00 |
| 5. | Dr. Jeffrey White | | 19,543.00 |
| 6. | Dr. Rafath Quraishi | | 16,499.00 |
| 7. | Memorial MRI | | 2,625.00 |
| 8. | Prescription | | 93.13 |

<u>TOTAL</u>                                    $     43,164.13

Clearly the impact to Shaquetta Montgomery was substantial. Ms. Montgomery initially sought medical treatment in the emergency department of Baptist Hospital of Southeast Texas. She was examined and treated at the time of her arrival. The treating physician found Ms. Montgomery to have "headaches, neck pain and back pain." The treating physician noted "pain with movement and stiffness." X-rays were noted. The treating physician administered medication to ease her pain. At the time of her discharge from the hospital, Ms. Montgomery was provided with prescriptions and instructions for care of her injuries. She was also advised to follow up with her primary care physician.

Following the advice of the hospital staff, Shaquetta Montgomery went straight home and placed ice and heat on her injuries.  In addition, she laid in bed, and took the prescribed medications.

Shortly after the collision, on December6, 2016, Shaquetta Montgomery went to Dr. Majaz Khan. The examination found her to have "neck pain and headache." The pain was described as "moderate to very severe, throbbing, and stiffness." Ms. Montgomery was provided with prescriptions. She was instructed to use ice on her neck to get additional relief. Dr. Khan advised her to return for follow up.

Shaquetta Montgomery went to Dr. Jeffrey White on December 9, 2016. The initial examination found her to be suffering from "headaches, neck pain, mid-back pain, bilateral shoulder pain, and low back pain." The pain was described as "constant and moderate to severe." Dr. White noted "muscle spasms, muscle guarding, tenderness to palpation, trigger points and restricted range of motion." A physical therapy program was designed for Ms. Montgomery included "hot/cold packs, mechanical traction, electrical muscle stimulation, ultrasound, chiropractic adjustments, kinesio taping/strapping, decompression and therapeutic exercises." Dr. White instructed Ms. Montgomery in home exercises to aid the healing process. She attended physical therapy from December 9,2016 through September 15, 2017.

While attending physical therapy with Dr. White, Shaquetta Montgomery also went to Dr. Rafath Quraishi. The initial examination was done on February 2, 2017. Ms. Montgomery reported "ongoing pain in her neck, mid back and low back." She also reported headaches. The neck pain was reported to radiate into her right shoulder with tingling in her arm. Dr. Quraishi noted "weakness, focal trigger points, tenderness to palpation and limited range of motion." Continued physical therapy was encouraged. Ms. Montgomery was provided with prescription and advised to return for follow up.

Shaquetta Montgomery returned to Dr. Quraishi for follow up examination on a regular basis from February 17, 2017 through August 23, 2017. During her treatment with Dr. Quraishi, Ms. Montgomery continued to experience ongoing headaches and neck pain. She was noted to continue to exhibit muscle weakness, limited range of motion, tenderness to palpation and focal trigger points." She was treated with trigger point injections, occipital nerve block injection, bilateral cervical facet block-medial branch technique and cervical epidural steroid injections. Along with the injections, Dr. Quraishi provided Ms. Montgomery with prescriptions. She was also advised to continue physical therapy and home exercises.

Dr. White sent Shaquetta Montgomery for an MRI of the cervical spine due to the intense pain and discomfort she experienced. The MRI was done on February 22, 2017 at Memorial MRI. The films were read by Dr. Lorenzo Farolan. The study revealed 1.8-2mm central posterior disc protrusion at C4-C5, C5-C6 and C6-C7, indenting the thecal sac. There was also 1.4mm posterior bulge at C3-C4, indenting the thecal sac.

At the time of the collision, Shaquetta Montgomery was employed as an executive assistant at Beaumont Occupational Services. Ms. Montgomery had been with the company for 5 years. She earned $12.00 per hour. Due to her injuries, Ms. Montgomery missed 5 days of work. The missed time from work resulted in lost wages between $530.00 to $700.00.

Shaquetta Montgomery is a nice woman, who makes a great witness. Unfortunately, she continues to suffer serious symptoms from the injuries made the basis of this claim. Not a single day passes that she does not suffer. Each and every normal daily activity has been affected not only at home, but also around her yard, in social settings and even her hobbies.

This demand is based not only on the medical expenses and loss of earnings Shaquetta Montgomery has incurred, but also for the physical pain, mental anguish, disfigurement, and physical impairment she has had to endure and will continue to endure into the future.

Very truly yours,

JONATHAN C. JUHAN

CC:     Ms. Andrea Parker
        Assistant United States Attorney
        350 Magnolia Ave., Ste. 350
        Beaumont, TX 77701-2237

# Exhibit F

## *Filed Under Seal*

# Exhibit G

**Tort Claims Investigations**
**Houston District**

 **UNITED STATES**
**POSTAL SERVICE**

December 5, 2016

MS SHAQUETTA MONTGOMERY

     Ref:    Property Damage Accident
              USPS Case #    : 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A
              Date of Incident : Sunday, December 4, 2016

Dear Ms. Montgomery:

In response to your request, enclosed please find a claim form SF 95 - "Claim for Damage, Injury or Death".  In order for your claim to receive proper consideration, it is requested that you supply all material facts on the form, as it will be the basis for further action on your claim.  The instructions outlined below, as well as the instructions on the reverse side of the form SF 95, should be read before completing the form:

    (1)     All sections of the form must be completed.  In those areas requiring information that is not pertinent to your claim, please indicate same by remarks such as "Not Applicable (N/A)", "No", or "None".  **DO NOT LEAVE ANY SPACES BLANK;**

    (2)     Please return the original completed form to this office.  If any insurance company has paid for part of the repair or damage, such as the deductible, then two (2) separate claims must be submitted, one (1) of which is for the insurance company, and one (1) for yourself.  The claim submitted for the insurance company must be accompanied by a subrogation receipt for the amount they have paid;

4600 ALDINE BENDER RD STE 200
NORTH HOUSTON, TX 77315-0200
(713) 226-3753    (FAX)

(3)     Obtain and submit two (2) estimates on the work to be done, or, submit a copy of the itemized "PAID" bill.  When estimates are used, both copies must be signed by the person making the estimate. Unsigned estimates are not valid, and therefore are not acceptable;

(4)     If damaged property is in joint ownership, claim must be made in both names and both parties must sign where signatures are required.  Claims submitted by any company must be signed and include the title of the signing official;

(5)     A claim must be for a specific amount.  That amount must be shown in the appropriate spaces(s);

(6)     Claim adjusters or attorneys may not submit the claim or sign the claim form unless a copy of their Power of Attorney is attached thereto; and

(7)     Acceptance of a claim is not an admission of liability on the part of the Government.

Sincerely,


Jimmy Lopez
Tort Claims Coordinator


Enclosures

cc: Accident File

# Exhibit H

## *Filed Under Seal*

# Exhibit I

## *Filed Under Seal*